In the Matter of the Claim of MARY SULLIVAN, Respondent, against M. CASIMIR Co., INC., and THE INDEMNITY INSURANCE COMPANY OF NORTH AMERICA, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Appeal from an award made by the State Industrial Board for death benefits in favor of the dependent mother of the deceased employee. The Board has found that the decedent, while engaged in his regular occupation in the shop of the employer, accidentally and in an unknown manner, swallowed a cyanide solution which caused his immediate death. There was no eye witness to the event but there is evidence from which an inference may be drawn that the same was accidental. Such evidence supports the presumption against suicide. Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.

In the Matter of the Claim of ANNETTE HAGAN and JOHN J. HAGAN, Respondents, against THE CITY OF NEW YORK, Appellant, H. G. MCNALLY, Alleged Employer, Respondent. STATE INDUSTRIAL BOARD, Respondent.— Award for death benefits to widow and for funeral expenses paid by the father of decedent who received the injuries from which he died while employed by the city of New York. Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.

In the Matter of the Claim of BENJAMIN GOLDBERG, Appellant, against THE CITY OF NEW YORK, Respondent. STATE INDUSTRIAL BOARD, Respondent.— The claimant appeals from a decision made by the State Industrial Board on November 12, 1937, which disallowed the claim of claimant based upon the alleged recurrence of a left inguinal hernia. In this case medical evidence was given both ways upon the question of fact and the decision of the State Industrial Board has denied the claim. There is evidence supporting the decision of the State Industrial Board. Decision unanimously affirmed. Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.